| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)*                                Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **WOOD DESIGN R US, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **85-1089000** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **8120 Belvedere Rd**  **Suite 2-6**  **West Palm Beach, FL 33411**  Number, Street, City, State & ZIP Code  **Palm Beach**  County | **Mailing address, if different from principal place of business**  **115 Plantation Blvd.**  **Lake Worth, FL 33467**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Debtor  **WOOD DESIGN R US, LLC**                                          Case number (*if known*)
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **2499**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor  **WOOD DESIGN R US, LLC**  Case number (*if known*)
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____  When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 3

Debtor  **WOOD DESIGN R US, LLC**                                           Case number (*if known*)
        Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor **WOOD DESIGN R US, LLC**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **January 10, 2025**
MM / DD / YYYY

X **/s/ Jodi D'Amelio**  **Jodi D'Amelio**
Signature of authorized representative of debtor   Printed name

Title **Authorized Member**

**18. Signature of attorney**

X **/s/ Robert A. Stiberman**  Date **January 10, 2025**
Signature of attorney for debtor   MM / DD / YYYY

**Robert A. Stiberman 0132799**
Printed name

**Stiberman Law, P.A.**
Firm name

**2601 Hollywood Blvd.**
**Hollywood, FL 33020**
Number, Street, City, State & ZIP Code

Contact phone **954-239-7464**   Email address **ras@stibermanlaw.com**

**0132799 FL**
Bar number and State

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 5

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
Palm Beach Division
www.flsb.uscourts.gov

In the Matter of:

WOOD DESIGN R US, LLC

    Debtor
_____/

Case No:
Chapter 11, Subchapter V

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, *Jodi D'Amelio,* declare, under penalty of perjury, that I am the Manager Member of Wood Design R US, LLC (the "Corporation"), and that the following is a true and correct copy of the resolutions adopted by the Member(s) of said corporation at a special meeting duly called and held on 10/23/23.

    "**Whereas,** it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

    **Be It Therefore Resolved,** that *Jodi D'Amelio,* Manager Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the corporation;
And

    **Be It Further Resolved,** that *Jodi D'Amelio,* Manager Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

    **Be It Further Resolved,** that *Jodi D'Amelio,* Manager Member of this Corporation is authorized and directed to employ Joel M. Aresty and Robert Stiberman as co-counsel to represent the corporation in the bankruptcy case.

X *[signature]*
Jodi D'Amelio
Managing Member

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **WOOD DESIGN R US, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Byline Financial Group** 2801 Lakeside Dr Suite 212 Bannockburn, IL 60015 | | **2024 JLG E18MML Drivable vertical mast lift** | | $20,000.00 | $0.00 | $20,000.00 |
| **Byline Financial Group** 2801 Lakeside Dr Suite 212 Bannockburn, IL 60015 | | **2024 Hancha Forklift** | | $16,000.00 | $0.00 | $16,000.00 |
| **Byline Financial Group** 2801 Lakeside Dr Suite 212 Bannockburn, IL 60015 | | **Boss Laser HP-5598 Laser Cutter** | | $15,000.00 | $0.00 | $15,000.00 |
| **Byline Financial Group** 2801 Lakeside Dr Suite 212 Bannockburn, IL 60015 | | **2023 Axiom AR16 Elite CNC router** | | $13,000.00 | $0.00 | $13,000.00 |
| **Byline Financial Group** 2801 Lakeside Dr Suite 212 Bannockburn, IL 60015 | | **Axiom AR8 Elite CNC router** | | $10,000.00 | $0.00 | $10,000.00 |
| **Byline Financial Group** 2801 Lakeside Dr Suite 212 Bannockburn, IL 60015 | | **Axiom AR8 Elite CNC router** | | $10,000.00 | $0.00 | $10,000.00 |

| Debtor | WOOD DESIGN R US, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chris Lap<br>2950 North Andrew EXT<br>Suite 100<br>Pompano Beach, FL 33064 | | | | | | $21,708.06 |
| Dixie Plywood<br>1300 W 15th ST<br>West Palm Beach, FL 33404 | | | | | | $20,180.00 |
| Executive Financial Enterprises, Inc assignee of United Parcel Services, Inc.<br>c/o Gilbert Garcia Group<br>2313 West Violet Street<br>Tampa, FL 33603 | | | Contingent<br>Unliquidated<br>Disputed | | | $33,056.13 |
| Forward Financing<br>53 State Street<br>20th Floor<br>Boston, MA 02109 | | | | | | $41,125.00 |
| OnRamp Funds, Inc.<br>1705 Capital of Texas Hwy<br>Suite 500<br>Austin, TX 78746 | | UCC Lien | | | | $74,729.76 |
| Uncapped LTD<br>International House<br>36-38 Cornhill<br>London, England, EC3V3NG | | Business Line of Credit | | | | $87,646.83 |
| WebBank<br>PO Box 757<br>Portsmouth, NH 03802 | | Loan | | | | $20,622.48 |
| Woodmaster Tools Inc.<br>1431 North Topping Ave<br>Kansas City, MO 64120 | | | | $8,684.00 | $0.00 | $8,684.00 |
| YouLend Limited<br>1175 Peachtree St NE<br>Atlanta, GA 30361 | | | | | | $11,201.12 |

Byline Financial Group
2801 Lakeside Dr
Suite 212
Bannockburn, IL 60015


Chris Lap
2950 North Andrew EXT
Suite 100
Pompano Beach, FL 33064


Dixie Plywood
1300 W 15th ST
West Palm Beach, FL 33404


Executive Financial Enterprises, Inc
assignee of United Parcel Services, Inc.
c/o Gilbert Garcia Group
2313 West Violet Street
Tampa, FL 33603


Forward Financing
53 State Street
20th Floor
Boston, MA 02109


Goldman Sachs Bank USA
po bOX 45400
Salt Lake City, UT 84145


OnRamp Funds, Inc.
1705 Capital of Texas Hwy
Suite 500
Austin, TX 78746


Uncapped LTD
International House
36-38 Cornhill
London, England, EC3V3NG


WebBank
PO Box 757
Portsmouth, NH 03802


Woodmaster Tools Inc.
1431 North Topping Ave
Kansas City, MO 64120

```
YouLend Limited
1175 Peachtree St NE
Atlanta, GA 30361
```